UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | INDICTMENT NO. CR119-0047 |
| | ) | |
| | ) | |
| LARRY OVERTON | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed hereon, the United States Attorney for the Southern District of Georgia hereby

dismisses with prejudice the above-referenced Indictment filed against the defendant.

*/s/ Karl Knoche*
Assistant United States Attorney
Criminal Division Chief
United States Attorney's Office
Southern District of Georgia

*/s/Patricia G. Rhodes*
Patricia G. Rhodes
Branch Office Chief
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

This _22nd_ day of October, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA