IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR 119-047-005 |
| | ) | |
| LARRY OVERTON | ) | |

## ORDER

The defendant, Larry Overton, was dismissed by this Court's Order dated 10/30/2019 granting the Government's motion to dismiss this case with prejudice. Surety, Kathy S. Overton, has requested the return of the $1,500.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,500.00 posted by Kathy S. Overton for defendant, plus all accrued interest thereon, be returned to Kathy s. Overton at 1173 Miles Rd., Harlem, GA 30814.

This 30th day of October 2019 at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA